UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RAMON D. KING**, <br><br> Petitioner, <br><br> vs. <br><br> **CONNIE HORTON**, <br><br> Respondent. | 2:22-CV-11043-TGB-CI <br><br> **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND DENYING APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS** |

This is a habeas case under 28 U.S.C. § 2254. On May 31, 2020, the Court issued an Opinion and Order denying the petition. ECF No. 2. The Opinion also specifically denied Petitioner a certificate of appealability and denied leave to appeal in forma pauperis. *Id.* at PageID.79.

Petitioner field a notice of appeal on June 22, 2022. ECF No. 4. Before the Court are Petitioner's motion for a certificate of appealability and his application for leave to appeal in forma pauperis. ECF Nos. 5, 6. This Court has already determined in the opinion denying the petition that Petitioner is not entitled to the relief requested. Petitioner does not present any arguments in his new pleadings that were not already considered and rejected by the Court. The motions are therefore denied as moot.

1

**IT IS SO ORDERED** this 12th day of August, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge