UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RAMON D. KING,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES CORRIGAN,**<br><br>Respondent. | 2:22-CV-11043-TGB-CI<br><br>**ORDER DISMISSING HABEAS PETITION FOR LACK OF JURISDICTION**<br><br>**(ECF NO. 1)** |

On December 19, 2022, the U.S. Court of Appeals for the Sixth Circuit vacated this Court's Order (ECF No. 2) summarily dismissing Petitioner Ramon D. King's petition for a writ of habeas corpus.[1] ECF No. 10. The Sixth Circuit determined that rather than deciding the case on the merits, this Court should have transferred the petition to the Sixth Circuit as a request to file a second or successive petition under 28 U.S.C. § 2244. The Sixth Circuit ultimately concluded that Petitioner failed to satisfy the requirements for filing a second or successive habeas petition. Accordingly, the Sixth Circuit remanded the case with instructions to dismiss the petition for lack of jurisdiction.

---

[1] The Sixth Circuit's Order and Judgment lists James Corrigan, Acting Warden of the Chippewa Correctional Facility, as the Defendant on appeal. The Court **ORDERS** the Clerk's Office for the U.S. District Court for the Eastern District of Michigan to amend the caption to substitute James Corrigan as the Defendant in this matter.

Therefore, Petitioner's habeas petition is **DISMISSED with prejudice** for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: January 24, 2023      s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE