UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RAMON D. KING,**  Petitioner,  v.  **JAMES CORRIGAN,**  Respondent. | **2:22-CV-11043-TGB-CI**  **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:  January 24, 2023.

                                        KINIKIA ESSEX
                                        CLERK OF THE COURT

                                        s/A. Chubb
                                        Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE